UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| CHARLES R. STEARNS | * | CIVIL NO. |
| | * | |
| VERSUS | * | NO.: 6:07-CV-0520 |
| | * | |
| TAYLOR'S INTERNATIONAL SERVICES, INC. and | * | JUDGE HAIK |
| THE OFFSHORE DRILLING COMPANY | * | MAGISTRATE METHVIN |

*************************************************************************

## ORDER

Considering the foregoing Motion;

IT IS ORDERED, ADJUDGED AND DECREED that the previous jury demand is stricken and this case be redesignated as a bench trial.

Lafayette, Louisiana, this 22nd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE